# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

_____

**JOHN R. FRASE,**

    vs.                                     **CASE NUMBER: 5:09-CV-1170 (GTS/GHL)**

**ROBERT FLORIAN, Police Officer, Village of North Syracuse, jointly and severally in his individual and official capacity; KELLY GRABOWSKI, Deputy Sheriff, County of Onondaga, jointly and severally in her individual and official capacity; VILLAGE OF NORTH SYRACUSE POLICE DEPARTMENT, jointly and severally in their individual and official capacities; and ONONDAGA COUNTY SHERIFF'S DEPARTMENT, jointly and severally in their individual capacities**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against the two municipal Defendants are *sua sponte* DISMISSED without prejudice. The remainder of Plaintiff's Complaint is *sua sponte* DISMISSED, without prejudice, for failure to pay the Court's three hundred and fifty dollar filing fee.

All of the above pursuant to the Order of the Honorable District Judge, Glenn T. Suddaby, dated the 7th day of January, 2010.

DATED: January 7, 2010

                                                                *Clerk of Court*

                                                                s/ Melissa Ennis_____
                                                                Melissa Ennis
                                                                Deputy Clerk